NUMBERS 


13-07-071-CR


13-07-072-CR


13-07-073-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________________


ROMAN MANCIAS, III, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 156th District Court


of Bee County, Texas.


__________________________________________________________________


MEMORANDUM OPINION





Before Justices Rodriguez, Benavides, and Vela


Memorandum Opinion Per Curiam






 Appellant, ROMAN MANCIAS, III, attempts to appeal convictions rendered by
the 156th District Court of Bee County, Texas, in trial court cause numbers B-06-2152-0-CR-B, B-06-2153-0-CR-B, and B-06-2154-0-CR-B. The trial court has certified that
each "is a plea-bargain case, and the defendant has NO right of appeal." See Tex. R.
App. P. 25.2(a)(2).

 On February 6, 2007, this Court notified appellant's counsel of the trial court's
certifications and ordered counsel to: (1) review the record; (2) determine whether
appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's
findings as to whether appellant has a right to appeal, or, alternatively, advise this
Court as to the existence of any amended certification.

 On March 5, 2007, counsel filed a letter brief with this Court. Counsel's
response does not establish (1) that the certification currently on file with this Court
is incorrect or (2) that appellant otherwise has a right to appeal. 

 The Texas Rules of Appellate Procedure provide that an appeal must be
dismissed if the trial court's certification does not show that the defendant has the
right of appeal. Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, the appeals are dismissed. Any pending motions are denied as moot.


 PER CURIAM


Do not publish. Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed this

the 22nd day of March, 2007.